Argued May 21, affirmed May 31, petition for rehearing denied
June 21, petition for review denied July 31, 1973

## STATE OF OREGON, *Respondent, v.* MARY LOUISE CAMEL (No. C-72-08-2403 Cr), *Appellant.*

510 P2d 576

*Robert C. Cannon,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

The only issue of substance in this criminal appeal is defendant's contention that the trial court erred in taking into consideration at the time of sen-

tencing defendant's prior arrest and juvenile record. The Oregon Supreme Court and this court have previously held that such is proper. *See, State v. Scott,* 237 Or 390, 390 P2d 328 (1964); *State v. Hargon,* 2 Or App 553, 470 P2d 383 (1970). *Accord, Williams v. New York,* 337 US 241, 69 S Ct 1079, 93 L Ed 1337 (1949). *See also,* ORS 419.567 (3)(a).

Affirmed.